| 1. Person Reporting (last name, first, middle initial)<br><br>Briscoe, Mary B. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>08/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>645 Massachusetts<br>Suite 400<br>Lawrence, Kansas 66044 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | '84-presnt | Kansas Public Employees Retirement System (KPERS) - Judges' Retirement Progarm - vested |
| 2. | | |
| 3. | | |

**Briscoe, Mary B.**

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | KS Public Employees Retirement System - Judge's Retirement Program | $37,646.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | KU Law School - Director, Legal Aid Clinic-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Capitol Federal - savings | D | Interest | N | T | | | | | |
| 2. Capitol Federal - checking | A | Interest | J | T | | | | | |
| 3. Capitol Federal - CDs | D | Interest | M | T | | | | | |
| 4. Fidelity Annuity (formerly Vanguard Variable Annuity) | | None | L | T | | | | | |
| 5. ING-CAB-Ks Bd RegentsRet.(def.comp) (formerly Aetna) | A | Interest | M | T | | | | | |
| 6. Municipal bond (Denham Spgs) | B | Interest | K | T | | | | | |
| 7. Overland Park KS Impt. Bonds | B | Interest | K | T | | | | | |
| 8. USAA-Subscr. svgs. | A | Dividend | J | T | | | | | |
| 9. H. Davidson - stock | A | Dividend | J | T | | | | | |
| 10. I Shares TR S&P stock | A | Dividend | | | Sold | 06/18/10 | J | A | |
| 11. Vanguard Intermediate Term - Mun. Bond Fd | | None | | | Sold | 12/14/10 | K | | <Loss $1,000 |
| 12. Johnson Co. USD 231 | A | Interest | K | T | | | | | |
| 13. Shawnee Co. KS Bond | B | Interest | K | T | | | | | |
| 14. Johnson Co. KS School Bond (also USD 231) | A | Interest | K | T | | | | | |
| 15. Centerpoint Energy | A | Dividend | J | T | | | | | |
| 16. Fidelity Contra Fund | | None | K | T | Sold (part) | 03/12/10 | J | | |
| 17. | | | | | Sold (part) | 09/30/10 | K | | <Loss $1,400 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Briscoe, Mary B. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Cash Reserves (Core Fund) | A | Interest | K | T | | | | | |
| 19. Harbor International | | None | | | Sold | 06/30/10 | K | | <Loss $100 |
| 20. Bank New York Inc. | B | Interest | K | T | | | | | |
| 21. Discover BK Greenwood DL | A | Interest | | | Sold | 10/18/10 | K | A | |
| 22. Harbor Bond | | None | | | Sold | 12/13/10 | K | | <Loss $100 |
| 23. Fidelity Tax Exempt | A | Dividend | J | T | Sold (part) | 01/19/10 | L | | |
| 24. | | | | | Buy (add'l) | 03/15/10 | K | | |
| 25. | | | | | Buy (add'l) | 05/10/10 | K | | |
| 26. | | | | | Sold (part) | 08/10/10 | K | | |
| 27. | | | | | Buy (add'l) | 10/01/10 | K | | |
| 28. | | | | | Sold (part) | 11/15/10 | L | | |
| 29. | | | | | Sold (part) | 12/15/10 | J | | |
| 30. Vanguard GNMA | B | Dividend | K | T | | | | | |
| 31. Templeton Global Bond | C | Dividend | L | T | Buy (add'l) | 05/18/10 | K | | |
| 32. | | | | | Buy (add'l) | 11/03/10 | K | | |
| 33. | | | | | Buy (add'l) | 12/13/10 | K | | |
| 34. Fairholme Fund | B | Dividend | K | T | Buy (add'l) | 06/15/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1.000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50.000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royce Premier Fund | A | Dividend | K | T | | | | | |
| 36. Power Shares DB Commodity Ind. | | None | | | Sold | 05/17/10 | K | | |
| 37. Fidelity Focused High Inc | C | Interest | K | T | Sold (part) | 12/14/10 | K | | |
| 38. SPDR Gold Tr. Gold | | None | K | T | | | | | |
| 39. Lizard Emerging Mkt. | A | Dividend | K | T | | | | | |
| 40. Fpra Lizard Ret. Emg. Mkt. | A | Dividend | | | Sold | 03/12/10 | J | | |
| 41. Fidelity GNMA Bond | B | Dividend | L | T | Buy (add'l) | 09/22/10 | L | | |
| 42. T.Rowe Pr Health Sciences | | None | | | Buy | 01/15/10 | L | | |
| 43. | | | | | Sold | 06/18/10 | L | | <Loss $1,000 |
| 44. Fidelity Vip Disciplined Sm Cap | B | Dividend | K | T | | | | | |
| 45. Overland Park, KS Go Intl Bnds | B | Interest | K | T | | | | | |
| 46. Lenexa, KS Go Ref Bnds | B | Interest | K | T | | | | | |
| 47. Arbitrage Fund | B | Dividend | L | T | | | | | |
| 48. SPDR S&P Oil & Gas | A | Dividend | | | Sold | 05/21/10 | K | | |
| 49. Artio Global High | | None | | | Sold | 06/29/10 | K | | <Loss $780 |
| 50. Jennison 20/20 | | None | | | Buy | 01/15/10 | L | | |
| 51. | | | | | Sold (part) | 03/12/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 05/07/10 | K | | <Loss $4,000 |
| 53. Nuveen Tradewinds | B | Interest | L | T | Buy | 06/15/10 | K | | |
| 54. | | | | | Buy (add'l) | 12/15/10 | K | | |
| 55. Fpra Pimco Pvit | A | Interest | | | Buy | 03/12/10 | K | | |
| 56. | | | | | Sold | 12/14/10 | K | A | |
| 57. Fidelity Floating Rate | A | Interest | L | T | Buy | 12/14/10 | L | | |
| 58. Fidelity Focused High Income | C | Interest | L | T | Buy | 12/14/10 | L | | |
| 59. | | | | | Sold (part) | 12/14/10 | K | | |
| 60. Harbor Fund Adm. | C | Interest | L | T | Buy | 11/12/10 | L | | |
| 61. Intrepid Small Cap | A | Interest | | | Buy | 05/12/10 | K | | |
| 62. | | | | | Sold | 11/01/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary B. Briscoe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544